

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

JUN 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number: 25-4014
Originating Case Number: 3:25-cv-03070-JD

Short Title: American Federation Of Government Employees, AFL-CIO, et al. v. Trump, et al.

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 25-4014 |
| Originating Case Number: | 3:25-cv-03070-JD |
| Case Title: | American Federation Of Government Employees, AFL-CIO, et al. v. Trump, et al. |

**Wednesday, July 2, 2025**

| | |
|---|---|
| Donald J. Trump | Mediation Questionnaire due |
| United States Office of Personnel Management | Mediation Questionnaire due |
| United States Department of Agriculture | Mediation Questionnaire due |
| Brooke Rollins | Mediation Questionnaire due |
| United States Department of Defense | Mediation Questionnaire due |
| Peter Hegseth | Mediation Questionnaire due |
| United States Department of Energy | Mediation Questionnaire due |
| Chris Wright | Mediation Questionnaire due |
| United States Department of Health and Human Services | Mediation Questionnaire due |
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| United States Department of Housing and Urban Development | Mediation Questionnaire due |
| Scott Turner | Mediation Questionnaire due |
| DOJ - United States Department of Justice | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |

| | |
|---|---|
| United States Department of the Interior | Mediation Questionnaire due |
| Doug Burgum | Mediation Questionnaire due |
| Lori Chavez-DeRemer | Mediation Questionnaire due |
| Marco Rubio | Mediation Questionnaire due |
| United States Department of the Treasury | Mediation Questionnaire due |
| Scott Bessent | Mediation Questionnaire due |
| United States Department of Transportation | Mediation Questionnaire due |
| Sean Duffy | Mediation Questionnaire due |
| United States Department of Veterans Affairs | Mediation Questionnaire due |
| Doug Collins | Mediation Questionnaire due |
| United States Environmental Protection Agency | Mediation Questionnaire due |
| Lee Zeldin | Mediation Questionnaire due |
| United States General Services Administration | Mediation Questionnaire due |
| Stephen Ehikian | Mediation Questionnaire due |
| National Science Foundation | Mediation Questionnaire due |
| Social Security Administration | Mediation Questionnaire due |
| Charles Ezell | Mediation Questionnaire due |
| United States Department of State | Mediation Questionnaire due |
| United States Agency for International Development | Mediation Questionnaire due |
| Sethuraman Panchanathan | Mediation Questionnaire due |
| U.S. International Trade Commission | Mediation Questionnaire due |
| Amy A. Karpel | Mediation Questionnaire due |
| Leland Dudek | Mediation Questionnaire due |
| United States Department of Education | Mediation Questionnaire due |
| Linda McMahon | Mediation Questionnaire due |

**Friday, July 25, 2025**

| | |
|---|---|
| Donald J. Trump | Preliminary Injunction Opening Brief Due |
| United States Office of Personnel Management | Preliminary Injunction Opening Brief Due |
| United States Department of Agriculture | Preliminary Injunction Opening Brief Due |
| Brooke Rollins | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| United States Department of Defense | Preliminary Injunction Opening Brief Due |
| Peter Hegseth | Preliminary Injunction Opening Brief Due |
| United States Department of Energy | Preliminary Injunction Opening Brief Due |
| Chris Wright | Preliminary Injunction Opening Brief Due |
| United States Department of Health and Human Services | Preliminary Injunction Opening Brief Due |
| Robert F. Kennedy, Jr. | Preliminary Injunction Opening Brief Due |
| United States Department of Homeland Security | Preliminary Injunction Opening Brief Due |
| Kristi Noem | Preliminary Injunction Opening Brief Due |
| United States Department of Housing and Urban Development | Preliminary Injunction Opening Brief Due |
| Scott Turner | Preliminary Injunction Opening Brief Due |
| DOJ - United States Department of Justice | Preliminary Injunction Opening Brief Due |
| Pamela Bondi | Preliminary Injunction Opening Brief Due |
| United States Department of the Interior | Preliminary Injunction Opening Brief Due |
| Doug Burgum | Preliminary Injunction Opening Brief Due |
| Lori Chavez-DeRemer | Preliminary Injunction Opening Brief Due |
| Marco Rubio | Preliminary Injunction Opening Brief Due |
| United States Department of the Treasury | Preliminary Injunction Opening Brief Due |
| Scott Bessent | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| United States Department of Transportation | Preliminary Injunction Opening Brief Due |
| Sean Duffy | Preliminary Injunction Opening Brief Due |
| United States Department of Veterans Affairs | Preliminary Injunction Opening Brief Due |
| Doug Collins | Preliminary Injunction Opening Brief Due |
| United States Environmental Protection Agency | Preliminary Injunction Opening Brief Due |
| Lee Zeldin | Preliminary Injunction Opening Brief Due |
| United States General Services Administration | Preliminary Injunction Opening Brief Due |
| Stephen Ehikian | Preliminary Injunction Opening Brief Due |
| National Science Foundation | Preliminary Injunction Opening Brief Due |
| Social Security Administration | Preliminary Injunction Opening Brief Due |
| Charles Ezell | Preliminary Injunction Opening Brief Due |
| United States Department of State | Preliminary Injunction Opening Brief Due |
| United States Agency for International Development | Preliminary Injunction Opening Brief Due |
| Sethuraman Panchanathan | Preliminary Injunction Opening Brief Due |
| U.S. International Trade Commission | Preliminary Injunction Opening Brief Due |
| Amy A. Karpel | Preliminary Injunction Opening Brief Due |
| Leland Dudek | Preliminary Injunction Opening Brief Due |
| United States Department of Education | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Linda McMahon | Preliminary Injunction Opening Brief Due |

**Friday, August 22, 2025**

| | |
|---|---|
| American Federation Of Government Employees, AFL-CIO | Preliminary Injunction Answering Brief Due |
| National Nurses Organizing Committee/National Nurses United | Preliminary Injunction Answering Brief Due |
| Service Employees International Union | Preliminary Injunction Answering Brief Due |
| National Association of Government Employees, Inc. | Preliminary Injunction Answering Brief Due |
| National Federation of Federal Employees, IAM, AFL-CIO | Preliminary Injunction Answering Brief Due |
| American Federation of State, County & Municipal Employees, AFL-CIO | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**