| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUL 7 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,

      Plaintiffs - Appellees,

 v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

      Defendants - Appellants.

No. 25-4014

D.C. No. 3:25-cv-03070-JD
Northern District of California, San Francisco

ORDER

Before: OWENS, BADE, and BRESS, Circuit Judges.

The request for an administrative stay, pending a ruling on the emergency motion for a stay pending appeal, is GRANTED.