**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellants. | No. 25-4014 <br><br> D.C. No. 3:25-cv-03070-JD <br> Northern District of California, San Francisco <br><br> ORDER |

Before: OWENS, BADE, and BRESS, Circuit Judges.

The sua sponte request for a vote to determine whether the case should be reheard en banc was withdrawn. Therefore, proceedings before the panel will resume.