

2030 Addison Street, Suite 500, Berkeley, CA 94704
tel: 510/269.7998 • fax: 510/269.7994
www.feinbergjackson.com

June 11, 2026

***Via CM/ECF***

Ms. Molly Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

Re:     American Federation of Government Employees, AFL-CIO, et al. v. Trump, et al.,
        No. 25-4014

Dear Ms. Dwyer:

Pursuant to Federal Rules of Appellate Procedure, Ninth Circuit Rule 25-2, Plaintiffs submit a letter notifying the Court that the mandate has not issued within 28 days after the time to file a petition for rehearing has expired.  Plaintiffs respectfully request that the Court issue the mandate.

On February 26, 2026, the Court issued its opinion vacating the district court's preliminary injunction.  On April 7, 2026, Plaintiffs filed an unopposed request for an extension to the deadline for a motion to file a petition for rehearing, which the Court granted.  The Court ordered that any such petition must be filed by May 13, 2026.  Neither party filed a petition for rehearing.  Pursuant to Circuit Rule 41-2, the mandate could therefore issue as of May 20, 2026, 7 days after the time to file motion for reconsideration expired.  Plaintiffs' counsel contacted the Office of the Clerk to request the mandate issue, and have been directed to file this letter pursuant to Circuit Rule 25-2.

Sincerely,

FEINBERG, JACKSON,
WORTHMAN & WASOW LLP

By     */s/ Catha Worthman*
       Catha Worthman
       catha@feinbergjackson.com

cc:     All parties via CM/ECF